# 𝔍n the 𝔘nited 𝔖tates 𝔇istrict 𝔎ourt for the 𝔖outhern 𝔇istrict of 𝔊eorgia 𝔖avannah 𝔇ivision

| | |
|---|---|
| GRAYCOR CONSTRUCTION COMPANY INC.,<br><br>    Plaintiff,<br><br>v.<br><br>IES COMMERCIAL, INC.,<br><br>    Defendant. | CV 423-079 |
| IES COMMERCIAL INC.,<br><br>    Counter Claimant,<br><br>v.<br><br>WESTERN SURETY COMPANY and GRAYCOR CONSTRUCTION COMPANY INC.,<br><br>    Counter Defendant. | |

### ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 45, wherein they notify the Court that they wish to dismiss this action with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED** with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 25 day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA